STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

JAK 08-1430 consolidated with JAK 08-1428, JAK 08-1429, KA 08-1431, KA
08-1432, KA 08-1433, KA 08-1434


STATE IN THE INTEREST OF

J.R.B.


********** 

APPEAL FROM THE
TWENTY-EIGHTH JUDICIAL DISTRICT COURT
PARISH OF LASALLE, NO. J-3855, J-3856,
J-3868, 82014, 82015, 82016, AND 82017
HONORABLE THOMAS MARTIN YEAGER, DISTRICT JUDGE

**********

SHANNON J. GREMILLION
JUDGE

**********

Court composed of Sylvia R. Cooks, J. David Painter, and Shannon  J.  Gremillion,
Judges.


                                                        **APPEALS DISMISSED.**



Hon. J. Reed Walters
District Attorney - 28th JDC
P. O. Box 1940
Jena, LA 71342
(318) 992-8282
Counsel for Plaintiff/Appellant:
State  of Louisiana

David Jeffrey Utter
Southern Poverty Law Center
400 Washington Ave.
Montgomery, AL 36104
(334) 956-8200
Counsel for Defendant/Appellee:
J.R.B.

**Henry Clay Walker**
**Louisiana Public Defender Bd.**
**500 Laurel Street, Suite 530**
**Baton Rouge, LA 70801**
**(225) 229-9305**
**Counsel for Defendant/Appellee:**
**J.R.B.**

**Stanley Joseph Adelman**
**DLA Piper US LLP**
**203 North LaSalle, Suite 1900**
**Chicago,, IL 60601**
**(312) 368-4000**
**Counsel for Defendant/Appellee:**
**J.R.B.**

**Johnathan David King**
**DLA Piper US LLP**
**203 North LaSalle Suite 1900**
**Chicago,, IL 60601**
**(312) 638-7095**
**Counsel for Defendant/Appellee:**
**J.R.B.**

**GREMILLION, Judge.**

For the reasons assigned in the companion case of *State in the Interest of J.R.B.*, 08-1428 (La.App. 3 Cir. ___/___/_____), ____ So.2d ____, these appeals are dismissed.

**APPEALS DISMISSED.**